## Powers *v.* Hines, Director General, Appellant.

*Negligence—Railroads—Passengers—Sinking of roadbed—Presumption.*

Submitted February 7, 1921. Appeal, No. 42, Jan. T., 1921, by defendant, from judgment of C. P. Crawford Co., Sept. T., 1918, No. 112, on verdict for plaintiff, in case of E. S. Powers v. Walker D. Hines, Director General of Railroads. Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, KEPHART, SADLER and SCHAFFER, JJ. Affirmed.

Trespass for personal injuries. Before PRATHER, P. J.
For the facts see Doud v. Hines, 269 Pa. 182.

Verdict and judgment for plaintiff for $11,812.50. Defendant appealed.

*Error assigned*, among others, was refusal of defendant's motion for judgment n. o. v., quoting record.

*S. Y. Rossiter*, for appellant.

*Albert L. Thomas*, for appellee.

OPINION BY MR. JUSTICE FRAZER, May 9, 1921:

The injury for which this action was instituted to recover compensation was the result of the same accident in which William A. Doud and his wife, Edith Doud, were injured and in whose case an opinion was filed February 14, 1921. What was said there relative to the cause of the accident and plaintiff's right to recover is applicable here and, for the reasons set forth in that opinion, the assignments of error here are overruled and the judgment is affirmed.